# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

**U.S. v. Jamal Holden, Crim. No. 19-546**

## PETITION FOR
## WRIT OF HABEAS CORPUS

1. JAMAL HOLDEN, DOB: 8/31/1975, FBI: 719144WA1, SBI: 976945B, is now confined to Essex County Prison in Newark, New Jersey.

2. JAMAL HOLDEN, DOB: 8/31/1975, FBI: 719144WA1, SBI: 976945B, will be required at the United States District Court, Newark, New Jersey, on **Monday, January 27, 2020, at 11:00 a.m.**, for a sentencing before the Honorable Susan D. Wigenton, United States District Judge, in the above captioned case.

A Writ of Habeas Corpus should be issued for that purpose.

DATED: January 23, 2020
Newark, NJ

_____
Sophie E. Reiter, Assistant U.S. Attorney
Petitioner

## ORDER

Let the Writ Issue.

DATED: Jan. 23, 2020

_____
Honorable Susan D. Wigenton, U.S.D.J.

## WRIT OF HABEAS CORPUS

The United States of America to Warden of Essex County Prison
WE COMMAND YOU that you have the body of

JAMAL HOLDEN, DOB: 8/31/1975, FBI: 719144WA1, SBI: 976945B

now confined at the Essex County Prison, be brought to the United States District Court, on January 27, 2019, at 11:00 a.m., for a sentencing hearing before the Honorable Susan D. Wigenton.

WITNESS the Honorable Susan D. Wigenton
United States District Judge
Newark, New Jersey

DATED: January 23, 2020

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: _____
Deputy Clerk