## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

__U.S. v. Jamal Holden, Crim. No. 19-546__

### P E T I T I O N   F O R
### W R I T   O F   H A B E A S   C O R P U S

1.  __JAMAL HOLDEN, DOB: 8/31/1975, FBI: 719144WA1, SBI: 976945B__, is now confined to __Essex County Prison__ in __Newark__, __New Jersey__.

2.  __JAMAL HOLDEN, DOB: 8/31/1975, FBI: 719144WA1, SBI: 976945B__, will be required at the United States District Court, Newark, New Jersey, on __Thursday, February 6, 2020, at __ __12:00__ __p.m.,__ for a sentencing before the Honorable Susan D. Wigenton, United States District Judge, in the above captioned case.

A Writ of Habeas Corpus should be issued for that purpose.

DATED:      February
3, 2020
Newark, NJ

_____
Sophie E. Reiter, Assistant U.S. Attorney
Petitioner

### O R D E R

Let the Writ Issue.

DATED: _Feb. 3, 2020_

_____
Honorable Susan D. Wigenton, U.S.D.J.

### W R I T   O F   H A B E A S   C O R P U S

The United States of America to Warden of __Essex County Prison__
WE COMMAND YOU that you have the body of

__JAMAL HOLDEN, DOB: 8/31/1975, FBI: 719144WA1, SBI: 976945B__

now confined at the __Essex County Prison__, be brought to the United States District Court, on __February 6, 2020__, at __12:00 p.m.__, for a sentencing hearing before the Honorable Susan D. Wigenton.

WITNESS the __Honorable Susan D. Wigenton__
United States District Judge
Newark, New Jersey

DATED: _2/3/2020_

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: _____
Deputy Clerk